EX PARTE C.S.

(In re: C.S.

v.

D.J.)

2140344

Court of Civil Appeals of Alabama.

03/27/2015

Mand. pet. denied

EX PARTE Cecil M. FERGUSON
and William W. Horsman III

(In re Cecil M. Ferguson and
William W. Horsman III

v.

Alabama Dep't of Corr.)

2140355

Court of Civil Appeals of Alabama.

02/04/2015

Transferred to Sup. Ct. for lack of subject-matter jurisdiction

J.Y.

v.

In re: A.P., a minor child

2140357

Court of Civil Appeals of Alabama.

02/06/2015

Dismissed

Ronald A. RICHARDS and
Joanne Richards

v.

HENRY CTY. COMM'N

2140362

Court of Civil Appeals of Alabama.

03/13/2015

Affirmed